# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2021

## NO. 03-21-00217-CV

**Atelier Domingue, LLC, Appellant**

**v.**

**Signature HLP d/b/a Signature Homes, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
VACATED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on April 5, 2021. The parties have filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; sets aside the trial court's judgment without regard to the merits; and remands this case to the trial court for rendition of judgment in accordance with the parties' agreement. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.